DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DAMIEN TREMAINE ROSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0820

————————————————

February 27, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teresa Dees, Judge.


PER CURIAM.

   Affirmed.

SLEET, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.